UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 23 AM 9: 54

~~Shag~~

Shaquille Dinkins

Write the full name of each plaintiff.

-against-

C.O. Regalado Shield # 14900 / Warden Walker
C.O. Jhon Doe 1, C.o Jhon Doe #2
C.o Jhon Doe #3 The City of NY

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

_____CV_____

(Include case number if one has been
assigned)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Snaqville _____ S _____ Dinkins _____
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

19-A-2359 _____
Current Place of Detention

Wende Correctional Facility _____
Institutional Address

P.O. Box, 1187 Alden _____ NY _____ 14004 _____
County, City                          State                          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name ___ Walker ___ Last Name ___ N/A Shield #

Warden
Current Job Title (or other identifying information)

09-09 Hazen Street.
Current Work Address

East Elmhurst ___ N.Y ___ 11370
County, City ___ State ___ Zip Code

**Defendant 2:**

First Name ___ Regalado Last Name ___ 14900 Shield #

Corrections Officer
Current Job Title (or other identifying information)

09-09 Hazen Street
Current Work Address

East Elmhurst ___ N.y ___ 11370
County, City ___ State ___ Zip Code

**Defendant 3:**

Jhon First Name ___ Doe Last Name ___ Shield #

Corrections Officer (Security Team)
Current Job Title (or other identifying information)

09-09 Hazen Street
Current Work Address

East Elmhurst ___ N.Y ___ 11370
County, City ___ State ___ Zip Code

**Defendant 4:**

Jhon First Name ___ Doe Last Name ___ Shield #

Corrections Officer (Security Team)
Current Job Title (or other identifying information)

09-09 Hazen Street
Current Work Address

E. Elmhurst ___ N.Y ___ 11370
County, City ___ State ___ Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   09-09 Hazen Street G.R.V.C Housing Area 5A

Date(s) of occurrence:   March, 8, 2019

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was on the phone when the "Security Team" brought two inmates into the housing area. A riot broke out, and I was stabbed in the back of my neck on the right side by one of the inmates. NYC Docs Staff, failed to protect me from bodily harm by another inmate. The "Warden" as well as the "Security Team" had knowledge that there was a "gang-war" going on, and still they put two inmates in a housing area where the opposite gang resided, which led to a riot breaking out and me being stabbed in my neck.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I received a perminant stab wound on the back of my neck. I received Ibuprohen for the injury.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$ 75,500.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| July, 18, 2021 | Shaquille Dinkins |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Shaquille | S | Dinkins |
| First Name | Middle Initial | Last Name |

Wende Correctional Facility, P.O. Box 1187
**Prison Address**

| | | |
|---|---|---|
| Alden | N.Y | 11370 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: July, 18, 2021

Shaquille Dinkins
19-A-2359
Wende Correctional Facility
P.o. Box 1187
Alden, N.Y. 14004-1187

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 23  AM 9:40



WENDE

★

CORRECTIONAL FACILITY

NEOPOST          FIRST-CLASS MAIL
07/20/2021
US POSTAGE  $001.40⁰

ZIP 14004
041M11281621

United States District Court

Southern District of N.Y

500 Pearl Street

New York, N.Y. 10007

(Pro se)

D    Legal Mail