

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAQUILLE DINKINS,

                          Plaintiff,

              -

          against

              -

C.O. REGALADO #14900; WARDEN
WALKER; C.O. JHON DOE 1; C.O.
JHON DOE 2; C.O. JHON DOE 3;
CITY OF NEW YORK,

                   Defendants.

---

21-CV-6285 (JGK)

**ORDER OF SERVICE**

**JOHN G. KOELTL**, United States District Judge:

    The plaintiff, Shaquille Dinkins, who is currently incarcerated at Wende Correctional Facility, brings this <u>pro se</u> action under 42 U.S.C. § 1983, alleging that the defendants failed to protect him from a violent prisoner. By Order dated July 23, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, <u>in forma pauperis</u>.[1]

**A.   Waiver of Service**

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants Correction Officer Regalado #14900 and the City of New York waive service of summons.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed <u>in forma pauperis</u>. See 28 U.S.C. § 1915(b)(1).

**B.**   **Valentin Order**

Under Valentin v. Dinkins, a pro se litigant is entitled to
assistance from the district court in identifying a defendant.
121 F.3d 72, 76 (2d Cir. 1997). In the complaint, the plaintiff
has supplied sufficient information to permit the New York City
Law Department to identify the three John Doe security team
correction officers who were involved in the incident occurring
on March 8, 2019, in the George R. Vierno Center on Rikers
Island, Housing Area 5A. It is therefore ordered that the New
York City Law Department, which is the attorney for and agent of
the New York City Department of Correction, must ascertain the
identity and badge number of each John Doe whom Plaintiff seeks
to sue here and the address where the defendant may be served.[2]
The New York City Law Department must provide this information
to Plaintiff and the Court within sixty days of the date of this
Order.

Within thirty days of receiving this information, Plaintiff
must file an amended complaint naming the John Doe defendants.
The amended complaint will replace, not supplement, the original
complaint. An amended complaint form that Plaintiff should

---

[2] If the Doe defendant is a current or former DOC employee or official, the New
York City Law Department should note in the response to this Order that an
electronic request for a waiver of service can be made under the e-service
agreement for cases involving DOC defendants, rather than by personal service
at a DOC facility. If the Doe defendant is not a current or former DOC employee
or official, but otherwise works or worked at a DOC facility, the New York City
Law Department must provide a residential address where the individual may be
served.

complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking Defendants to waive service.

The plaintiff should explain with particularity each individual defendant's involvement in the alleged constitutional violations. Failure to include allegations regarding each defendant's personal involvement in the alleged constitutional violations may result in the complaint being dismissed against those individual defendants for failure to allege personal involvement

## C.    Local Rule 33.2

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this Order, the defendants must serve responses to these standard discovery requests. In their responses, the defendants must quote each request verbatim.[3]

---

[3] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

**CONCLUSION**

The Clerk of Court is directed to notify electronically the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Correction Officer Regalado #14900 and the City of New York waive service of summons.

The Clerk of Court is also directed to mail a copy of this Order and the complaint to the New York City Law Department at: 100 Church Street, New York, N.Y. 10007. An "Amended Complaint" form is attached to this Order.

The Clerk of Court is further directed to mail a copy of this Order to the plaintiff, together with an information package.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**SO ORDERED**

Dated:  July 27, 2021
        New York, New York

                                    JOHN G. KOELTL
                              United States District Judge

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. _____

(To be filled out by Clerk's Office)

**AMENDED**  ▼
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name                    Middle Initial                    Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                              State                    Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 2:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 3:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 4:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____