UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAQUILLE DINKINS,

     Plaintiff,

   - against -

C.O. REGALADO, ET AL.,

     Defendants.

21 Civ. 6285 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The conference scheduled for October 14, 2021 at 2:30 p.m. is canceled.

  The defendants may proceed with their proposed motion to dismiss without a pre-motion conference. The motion must be filed by November 12, 2021. The plaintiff's time to respond is December 10, 2021. The time to reply is January 7, 2022.

  The Clerk's Office is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet. Defense counsel should also seek to determine the plaintiff's current address and mail a copy of this Order to that address. The plaintiff is reminded that the failure to maintain a current address with the Clerk of Court is a reason for dismissing this case for failure to prosecute.

The pro se plaintiff may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is attached to this Order.

SO ORDERED.

Dated:   New York, New York
         October 12, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

Case 1:21-cv-06285-JGK   Document 16   Filed 10/12/21   Page 3 of 4

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





**NYLAG**
New York Legal Assistance Group



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

---

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12 p.m. - 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of UJA Federation of New York