```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SHAQUILLE DINKINS,

                Plaintiff,

        21 Civ. 6285 (JGK)

        ORDER

    - against -

C.O. REGALADO, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the defendants. Based on this letter, the Court has updated the plaintiff's address on his behalf.

    The Clerk's Office is directed to mail a copy of this Order to the plaintiff's address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
           November 22, 2021

                                            _____
                                                John G. Koeltl
                                       United States District Judge



| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **RICHARD BAHRENBURG**<br>*Senior Counsel*<br>Phone: (212) 356-2557<br>rbahrenb@law.nyc.gov |

November 19, 2021

**VIA ECF**
Honorable John G. Koetl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Shaquille Dinkins v. Regalado, et al.
       21-Cv-6285 (JGK)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent defendant City of New York ("City") in the above-referenced action.[1] Defendant City respectfully writes in response to the Court's Order dated October 19, 2021 to provide the Court with an update regarding plaintiff's whereabouts.

  By way of background, plaintiff has not maintained an updated mailing address with the Court or this Office. By Order dated October 19, 2021, Your Honor stayed this action pending an update of plaintiff's proper address, directed this Office to continuing making attempts to locate plaintiff's address, and directed this Office to provide an update to the Court regarding such efforts by November 19, 2021. See Civil Docket Report, at Docket No. 18.

  In an effort to comply with the Court's Order, this Office attempted to determine plaintiff's whereabouts through several channels. Through those efforts, we were able to determine that following his release from the New York State Department of Corrections, plaintiff is currently on parole and accordingly we contacted his parole supervisor, Ms. Brenda Mack. Although we attempted to reach Ms. Mack on several occasions over the last several weeks and those attempts to reach Ms. Mack went unanswered, on November 19, 2021,

---

[1] This case is assigned to Assistant Corporation Counsel Luc C. Pierre-Louis, who is presently awaiting admission to the New York Bar and is handling this matter under my supervision. Mr. Pierre-Louis may be reached directly at 212-356-2663 or lupierre@law.nyc.gov.

however, she returned our call.[2] During our telephone conversation with Ms. Mack on November 19, 2021, Ms. Mack confirmed that she is still Mr. Dinkins' parole supervisor and further represented to this Office that she cannot provide us with Mr. Dinkins' contact information or address, but that she would immediately contact Mr. Dinkins and ask him to contact this Office.

On November 19, 2021, Mr. Dinkins contacted this Office. During a telephonic conversation, Mr. Dinkins informed this Office that he has been attempting to update his address with the Pro Se office since Monday November 15th, 2021. However, according to Mr. Dinkins, the Pro Se office has been advising him that he may only update his address on the docket by mailing a letter to the Court. During Mr. Dinkins' conversation with this Office, he volunteered his address and contact information. They are as follow:

> Shaquille Dinkins
> 80 Schenectady Avenue
> Apartment 4B
> Brooklyn, N.Y, 11213
> Phone: 646-972-2767

Defendant City thanks the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ *Richard Bahrenburg*

Richard Bahrenburg
*Senior Counsel*
*Special Federal Litigation Division*

---

[2] Parole Supervisor Brenda Mack's information is as follows: Brenda.Mack@doccs.ny.gov and 718-780-9316.

2

## DECLARATION OF SERVICE

I, Richard Bahrenburg, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 19, 2021, I mailed the annexed **"Status Letter"** to Shaquille Dinkins, plaintiff *pro se* in the matter of Shaquille Dinkins, 21-CV-6285 (JGK), by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

> Shaquille Dinkins
> 80 Schenectady Avenue
> Apartment 4B
> Brooklyn, N.Y, 11213
> Phone: 646-972-2767

Dated:   New York, New York
         November 19, 2021

/s/ *Richard Bahrenburg*

Richard Bahrenburg
*Senior Counsel*
*Special Federal Litigation Division*

3