UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE DINKINS,

          Plaintiff,

    - against -

C.O. REGALADO, ET AL.,

          Defendants.

21-cv-6285 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendants to move to dismiss the complaint is extended to **January 14, 2022**. The plaintiff has until **February 11, 2022** to respond. The defendants may reply by **February 25, 2022**.

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:  New York, New York
        December 21, 2021

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge