UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAQUILLE DINKINS,

                        Plaintiff,                    21-cv-6285 (JGK)

          - against -                                 ORDER

C.O. REGALADO, ET AL.,
                        Defendants.

---

JOHN G. KOELTL, District Judge:

The time for the plaintiff to respond to the defendants'
motion to dismiss is extended to **March 14, 2022.** The defendants
may reply by **March 28, 2022.**

The Clerk is directed to mail a copy of this Order to the
plaintiff's last known address and to note service on the docket
sheet.


SO ORDERED.

Dated:     New York, New York
           February 28, 2022

                                         _____
                                              John G. Koeltl
                                         United States District Judge