UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAQUILLE DINKINS,

                Plaintiff,        21-cv-6285 (JGK)

    - against -               ORDER

C.O. REGALADO, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the pending motion to dismiss is extended to **April 15, 2022**. If the plaintiff fails to respond by this time, the Court will decide the motion on the current papers.

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
           March 24, 2022

                                          John G. Koeltl
                                 United States District Judge