```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SHAQUILLE DINKINS,

                Plaintiff,

- against -

C.O. REGALADO, ET AL.,

                Defendants.

21-cv-6285 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           September 8, 2022

                                          John G. Koeltl
                                  United States District Judge