UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE DINKINS,

                Plaintiff,          21-cv-6285 (JGK)

- against -                ORDER

C.O. REGALADO, ET AL.,

                Defendants.

JOHN G. KOELTL, United States District Judge:

    By letter dated September 30, 2022, the defendant City of New York has moved to dismiss this case based on the plaintiff's prior stipulation of settlement dated May 31, 2022, and general release dated June 22, 2022. The plaintiff should respond to this motion by **October 24, 2022**. The defendants may reply by **November 4, 2022**.

    The case is otherwise stayed.

    The Clerk's Office should mail a copy of this Order to the pro se plaintiff and note service on the docket of the Court.

SO ORDERED.

Dated: September 30, 2022
      New York, New York

                                        John G. Koeltl
                               United States District Judge